# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

LORITA ALDANA-HAYWOOD
v.
SMITHKLINE BEECHAM CORP., d/b/a
GLAXOSMITHKLINE, INC.

Case Number:

08 C 50058

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE, INC.

**FILED**

APR 0 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Walter Jones, Jr. |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Walter Jones, Jr. |

| FIRM |
|---|
| Pugh, Jones, Johnson & Quandt, P.C. |

| STREET ADDRESS |
|---|
| 180 North LaSalle Street, Suite 3400 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1365665 | 312-768-7800 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

  I, Walter Jones, Jr., an attorney, certify that I shall cause to be served a copy of **Appearance on behalf of Defendant,** upon the following individual(s), by deposit in the U.S. mail box at 180 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, same-day personal delivery by messenger, Federal Express overnight delivery, facsimile transmitted from (312) 768-7801, Electronic Case Filing ("ECF"), or as otherwise stated, as indicated below, on April 8, 2008 before 5:00 p.m.

| | |
|---|---|
| ☐ CM/ECF <br> ☒ Facsimile/ 2 Pages <br> ☐ Federal Express <br> ☒ U.S. Mail <br> ☐ Messenger | *Attorneys for Plaintiff* <br> David M. Cialkowski <br> Zimmerman Reed, PLLP <br> 651 Nicollet Mall, Suite 501 <br> Minneapolis, MN 55402 <br> (612) 341-0400 <br> (612) 341-0844 fax <br><br> *Attorneys for Plaintiff - Of Counsel* <br> Bryan F. Aylstock <br> Aylstock, Witkin, Kreis & Overholtz, PLLC <br> 803 North Palafox St. <br> Pensacola, FL 32501 <br> (850) 916-7450 <br> (850) 916-7449 fax <br><br> Vance Andrus <br> Andrus Boudreaux, PLC <br> 1775 Sherman Street <br> Denver, CO 80203 <br> (303) 376-6360 <br> (303) 376-6361 fax <br><br> Joseph Zonies <br> Reilly Pozner & Connelly, LLP <br> 511 Sixteenth Street, Suite 700 <br> Denver, CO 80202 <br> (303) 893-6100 <br> (303) 893-6110 fax |

                s/Walter Jones, Jr.