U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| LORITA ALDANA-HAYWOOD v. SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE, INC. | 08 C 50058 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE, INC.

FILED

APR 08 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| John M. Broderick |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ John M. Broderick |

| FIRM |
|---|
| Pugh, Jones, Johnson & Quandt, P.C. |

| STREET ADDRESS |
|---|
| 180 North LaSalle Street, Suite 3400 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6255668 | 312-768-7800 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

    I, John M. Broderick, an attorney, certify that I shall cause to be served a copy of **Appearance on behalf of Defendant,** upon the following individual(s), by deposit in the U.S. mail box at 180 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, same-day personal delivery by messenger, Federal Express overnight delivery, facsimile transmitted from (312) 768-7801, Electronic Case Filing ("ECF"), or as otherwise stated, as indicated below, on April 8, 2008 before 5:00 p.m.

| | |
|---|---|
| ☐ CM/ECF<br>☒ Facsimile/ 2 Pages<br>☐ Federal Express<br>☒ U.S. Mail<br>☐ Messenger | *Attorneys for Plaintiff*<br>David M. Cialkowski<br>Zimmerman Reed, PLLP<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402<br>(612) 341-0400<br>(612) 341-0844 fax<br><br>*Attorneys for Plaintiff - Of Counsel*<br>Bryan F. Aylstock<br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>803 North Palafox St.<br>Pensacola, FL 32501<br>(850) 916-7450<br>(850) 916-7449 fax<br><br>Vance Andrus<br>Andrus Boudreaux, PLC<br>1775 Sherman Street<br>Denver, CO 80203<br>(303) 376-6360<br>(303) 376-6361 fax<br><br>Joseph Zonies<br>Reilly Pozner & Connelly, LLP<br>511 Sixteenth Street, Suite 700<br>Denver, CO 80202<br>(303) 893-6100<br>(303) 893-6110 fax |

                                                s/John M. Broderick