## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| LORITA ALDANA-HAYWOOD, Plaintiff, v. SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE, Defendant. | Case No.: 08 CV 50058 Judge Frederick J. Kapala Magistrate Judge P. Michael Mahoney |

## **DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

The undersigned, counsel of record for Defendant, SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

GlaxoSmithKline plc, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant, SmithKline Beecham Corporation d/b/a GlaxoSmithKline. No publicly held company owns ten percent or more of the stock of GlaxoSmithKline plc.

Dated: April 8, 2008

    Respectfully submitted,
    SMITHKLINE BEECHAM CORP., d/b/a
    GLAXOSMITHKLINE

    By: s/Eric F. Quandt
        One of Its Attorneys

Eric F. Quandt (ARDC No. 2267519)
Walter Jones, Jr. (ARDC No. 1365665)
John M. Broderick (ARDC No. 6255668)
PUGH, JONES, JOHNSON & QUANDT, P.C.
180 N. LaSalle Street, Suite 3400
Chicago, Illinois 60601
(312) 768-7800

**CERTIFICATE OF SERVICE**

      I, Eric F. Quandt, an attorney, certify that I shall cause to be served a copy of **DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT,** upon the following individual(s), by deposit in the U.S. mail box at 180 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, same-day personal delivery by messenger, Federal Express overnight delivery, facsimile transmitted from (312) 768-7801, Electronic Case Filing ("ECF"), or as otherwise stated, as indicated below, on April 8, 2008 before 5:00 p.m.

| | | |
|---|---|---|
| ☐ | CM/ECF | *Attorneys for Plaintiff* |
| ☒ | Facsimile/2 Pages | David M. Cialkowski |
| ☐ | Federal Express | Zimmerman Reed, PLLP |
| ☒ | U.S. Mail | 651 Nicollet Mall, Suite 501 |
| ☐ | Messenger | Minneapolis, MN 55402 |
| | | (612) 341-0400 |
| | | (612) 341-0844 fax |

*Attorneys for Plaintiff - Of Counsel*
Bryan F. Aylstock
Aylstock, Witkin, Kreis & Overholtz, PLLC
803 North Palafox St.
Pensacola, FL 32501
(850) 916-7450
(850) 916-7449 fax

Vance Andrus
Andrus Boudreaux, PLC
1775 Sherman Street
Denver, CO 80203
(303) 376-6360
(303) 376-6361 fax

Joseph Zonies
Reilly Pozner & Connelly, LLP
511 Sixteenth Street, Suite 700
Denver, CO 80202
(303) 893-6100
(303) 893-6110 fax

                                                                      s/Eric F. Quandt