UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| LORITA ALDANA-HAYWOOD,<br><br>    Plaintiff,<br><br>        v.<br><br>SMITHKLINE BEECHAM CORP., d/b/a GLAXOSMITHKLINE,<br><br>    Defendant. | Case No.:  08 CV 50058<br><br>Judge Frederick J. Kapala<br>Magistrate Judge P. Michael Mahoney |

## NOTICE OF MOTION

To:    See Attached Certificate of Service

    On **Wednesday, April 16, 2008**, **at 1:30 p.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable P. Michael Mahoney, or whomever may be sitting in his stead, in Room 206 in the United States District Court for the Northern District of Illinois, Western Division, at 211 S. Court Street, Rockford, Illinois 61101, and then and there present the attached **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD.**

Dated: April 9, 2008

                                        Respectfully submitted,

                                        SMITHKLINE BEECHAM CORP., d/b/a
                                        GLAXOSMITHKLINE

                                        By:  s/Eric F. Quandt                              
                                            One of Its Attorneys


Eric F. Quandt (ARDC No. 2267519)
Walter Jones, Jr. (ARDC No. 1365665)
John M. Broderick (ARDC No. 6255668)
PUGH, JONES, JOHNSON & QUANDT, P.C.
180 N. LaSalle Street, Suite 3400
Chicago, Illinois 60601
(312) 768-7800

# CERTIFICATE OF SERVICE

      I, Eric F. Quandt, an attorney, certify that I shall cause to be served a copy of **DEFENDANT'S NOTICE OF MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**, upon the following individual(s), by deposit in the U.S. mail box at 180 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, same-day personal delivery by messenger, Federal Express overnight delivery, facsimile transmitted from (312) 768-7801, Electronic Case Filing ("ECF"), or as otherwise stated, as indicated below, on April 9, 2008 before 5:00 p.m.

| | |
|---|---|
| ☐ CM/ECF | *Attorneys for Plaintiff* |
| ☒ Facsimile/ 2 Pages | David M. Cialkowski |
| ☐ Federal Express | Zimmerman Reed, PLLP |
| ☒ U.S. Mail | 651 Nicollet Mall, Suite 501 |
| ☐ Messenger | Minneapolis, MN 55402 |
| | (612) 341-0400 |
| | (612) 341-0844 fax |

*Attorneys for Plaintiff - Of Counsel*
Bryan F. Aylstock
Aylstock, Witkin, Kreis & Overholtz, PLLC
803 North Palafox St.
Pensacola, FL 32501
(850) 916-7450
(850) 916-7449 fax

Vance Andrus
Andrus Boudreaux, PLC
1775 Sherman Street
Denver, CO 80203
(303) 376-6360
(303) 376-6361 fax

Joseph Zonies
Reilly Pozner & Connelly, LLP
511 Sixteenth Street, Suite 700
Denver, CO 80202
(303) 893-6100
(303) 893-6110 fax

                                                  s/Eric F. Quandt