**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION**

LORITA ALDANA-HAYWOOD,

  Plaintiff,

              v.               Case No.:  08 CV 50058

SMITHKLINE BEECHAM CORP., d/b/a     Judge Frederick J. Kapala
GLAXOSMITHKLINE,               Magistrate Judge P. Michael Mahoney

  Defendant.

**DEFENDANT'S NOTICE OF MDL FILING**

Defendant SmithKline Beecham Corp., d/b/a GlaxoSmithKline hereby files the attached

*Notice of Potential Tag Along Actions (Tuley et al.)*, which relates to Defendant's pending

motion for extension of time.  The attached filing provides notice to the MDL panel that this

action is related to *In re Avandia Marketing, Sales Practices and Products Liability Litigation*,

MDL Docket No. 1871, which is currently before the Honorable Cynthia M. Rufe of the United

States District Court for the Eastern District of Pennsylvania.


Dated: April 15, 2008            Respectfully submitted,

                          SMITHKLINE BEECHAM CORP., d/b/a
                          GLAXOSMITHKLINE

                          By:  s/Eric F. Quandt
                            One of Its Attorneys

Eric F. Quandt (ARDC No. 2267519)
Walter Jones, Jr. (ARDC No. 1365665)
John M. Broderick (ARDC No. 6255668)
PUGH, JONES, JOHNSON & QUANDT, P.C.
180 N. LaSalle Street, Suite 3400
Chicago, Illinois 60601
(312) 768-7800

## CERTIFICATE OF SERVICE

I, Eric F. Quandt, an attorney, certify that I shall cause to be served a copy of **DEFENDANT'S NOTICE OF MDL FILING**, upon the following individual(s), by deposit in the U.S. mail box at 180 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, same-day personal delivery by messenger, Federal Express overnight delivery, facsimile transmitted from (312) 768-7801, Electronic Case Filing ("ECF"), or as otherwise stated, as indicated below, on April 15, 2008 before 5:00 p.m.

| | |
|---|---|
| ☐ CM/ECF | ***Attorneys for Plaintiff*** |
| ☒ Facsimile/ 8 Pages | David M. Cialkowski |
| ☐ Federal Express | Zimmerman Reed, PLLP |
| ☒ U.S. Mail | 651 Nicollet Mall, Suite 501 |
| ☐ Messenger | Minneapolis, MN 55402 |
| | (612) 341-0400 |
| | (612) 341-0844 fax |

*Attorneys for Plaintiff - Of Counsel*
Bryan F. Aylstock
Aylstock, Witkin, Kreis & Overholtz, PLLC
803 North Palafox St.
Pensacola, FL 32501
(850) 916-7450
(850) 916-7449 fax

Vance Andrus
Andrus Boudreaux, PLC
1775 Sherman Street
Denver, CO 80203
(303) 376-6360
(303) 376-6361 fax

Joseph Zonies
Reilly Pozner & Connelly, LLP
511 Sixteenth Street, Suite 700
Denver, CO 80202
(303) 893-6100
(303) 893-6110 fax

s/Eric F. Quandt

# Pepper Hamilton LLP
#### Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750

Matthew J. Hamilton
direct dial: 215-981-4053
hamiltonm@pepperlaw.com

April 14, 2008

Via FedEx

Jeffrey N. Lüthi, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

Re:    In re: Avandia Marketing, Sales Practices and Products Liability Litigation
        MDL Docket No. 1871

Dear Mr. Lüthi:

On behalf of SmithKline Beecham Corporation d/b/a GlaxoSmithKline I enclose
for filing a Notice of Potential Tag-Along Actions. I enclose a self-addressed, stamped envelope
for your convenience in returning a filed stamped copy to me for our files.

Respectfully,

Matthew J. Hamilton

cc: Service list attached, via First Class Mail

| Philadelphia | Boston | Washington, D.C. | Detroit | New York | Pittsburgh |
|---|---|---|---|---|---|
| Berwyn | Harrisburg | Orange County | Princeton | Wilmington | |

www.pepperlaw.com

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| In re Avandia Marketing, Sales Practices, and Products Liability Litigation | )<br>)<br>)<br>)<br>)<br>) | MDL No. 1871 |

## NOTICE OF POTENTIAL TAG ALONG ACTIONS (TULEY ET AL.)

SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK"), pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, hereby notifies the Clerk of the Panel of potential tag-along actions as set forth in the attached Schedule and states as follows:

1. By Transfer Order dated October 16, 2007, the Panel ordered that two actions subject to a plaintiff's Motion for Transfer be transferred to the District Court for the Eastern District of Pennsylvania and assigned to the Honorable Cynthia M. Rufe for coordinated and consolidated pretrial proceedings.

2. There are now additional actions pending in federal court that involve common questions of fact and law. The potential tag along actions are listed on the attached Schedule.

3. Copies of the Complaints are attached hereto for the Panel's Convenience.

4.     The potential tag-along actions, like those actions previously transferred, involve allegations that plaintiffs ingested Avandia® and suffered injuries as a result.

5.     Transfer of the potential tag-along actions to the Eastern District of Pennsylvania for consolidated and coordinated pre-trial proceedings is therefore appropriate for the same reasons as set forth in the Panel's Transfer Order.


Respectfully submitted,


_____

Nina M. Gussack
Matthew J. Hamilton
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000
Counsel for SmithKline Beecham Corporation
d/b/a GlaxoSmithKline

Dated: April 14, 2008

## SCHEDULE

| Name Of Action | District Court | Civil Number | Judge (if assigned) |
|---|---|---|---|
| Dorothy Tuley, Individually and as Special Administrator of the Estate of Noah Tuley, Deceased v. SmithKline Corporation d/b/a GlaxoSmithKline, Inc. | Northern District of Illinois | 1:08-cv-01983 | Hon. John A. Nordberg |
| Lorita Aldana-Haywood v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline | Northern District of Illinois | 3:08-cv-50058 | Hon. Frederick J. Kapala |
| Wanda Cruz v. SmithKline Beecham Corporation, GlaxoSmithKline and SmithKline Beecham Corporation d/b/a GlaxoSmithKline | Southern District of New York | 1:08-cv-03411-LMM | Hon. Lawrence M. McKenna |

## CERTIFICATE OF SERVICE

I, Matthew J. Hamilton, hereby certify that on April 14, 2008, I caused to be served a true and correct copy of the foregoing Notice of Potential Tag-Along Actions upon the following by United States Mail, first class postage prepaid:

Nicholas A. Caputo, Eq.
Gloor Law Group, LLC
225 W. Wacker Dr., Suite 1700
Chicago, IL  60606

Sheila M. Bossier, Esq.
1520 North State Street
Jackson, MS  39202

David M. Clalkowski, Esq.
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN  55402

Bryan Aylstock, Esq.
803 North Palafox Street
Pensacola, FL  32501

Vance Andrus, Esq.
Andrus Boudreaux, PLC
1775 Sherman Street
Denver, CO  80203

Joespeh Zonies, Esq.
Reilly Pozner & Connelly, LLP
511 Sixteenth Street, Suite 700
Denver, CO  80202

Victoria J. Maniatis, Esq.
Morelli Ratner PC
950 Third Avenue
New York, NY  10022

David Eisbrouch, Esq.
Balkin & Eisbrouch, LLC
50 Main Street
Hackensack, NJ  07061

Matthew J. Hamilton