UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

08 C 50058

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | |
| | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | Telephone: [202] 502-2800<br>Fax:            [202] 502-2888<br>http://www.jpml.uscourts.gov |

April 23, 2008

Honorable Cynthia M. Rufe
U.S. District Judge
United States District Court
4000 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

FILED

APR 29 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: MDL No. 1871 -- IN RE: Avandia Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-15)

Dear Judge Rufe:

      For your information, I am enclosing a copy of a conditional transfer order filed today by the Panel in this matter.

      Very truly,

      Jeffery N. Lüthi
      Clerk of the Panel

      By _____
            Deputy Clerk

cc:    (See Attached List of Judges)

JPML Form 39B

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 23 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-15)

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1339 (J.P.M.L. 2007). Since that time, 113 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1871

## SCHEDULE CTO-15 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA CENTRAL
   CAC  2  08-2161           James Stepp v. SmithKline Beecham Corp.
   CAC  2  08-2162           James Osborne v. SmithKline Beecham Corp.

CALIFORNIA EASTERN
   CAE  2  08-718            George Louie, et al. v. SmithKline Beecham Corp.

CALIFORNIA NORTHERN
   CAN  3  08-1752           Charles Fowler v. SmithKline Beecham Corp., et al.
   CAN  3  08-1753           Leola Meneese, etc. v. SmithKline Beecham Corp., et al.

ILLINOIS NORTHERN
   ILN  1  08-1983           Dorothy Tuley, etc. v. SmithKline Beecham Corp.
   ILN  3  08-50058          Lorita Aldana-Haywood v. SmithKline Beecham Corp.

INDIANA NORTHERN
   INN  1  08-95             Larry Richard McCutcheon, et al. v. SmithKiline Beenham Corp.

LOUISIANA EASTERN
   LAE  2  08-1507           Queenesther B. Riley, et al. v. SmithKline Beecham Corp.
   LAE  2  08-1508           Gary Brunies, et al. v. SmithKline Beecham Corp.
   LAE  2  08-1509           Myrna Berteau v. SmithKline Beecham Corp.
   LAE  2  08-1510           Israel R. Fields, Jr. v. SmithKline Beecham Corp.

NEW JERSEY
   NJ   1  08-1699           Robert Cox, Sr. v. SmithKline Beecham Corp.

NEW YORK SOUTHERN
   NYS  1  08-3411           Wanda Cruz v. SmithKline Beecham Corp., et al.

OHIO NORTHERN
   OHN  1  08-871            Louise Millhouse, etc. v. SmithKline Beecham Corp.

OKLAHOMA WESTERN
   OKW  5  08-306            Joyce Hendrickson, etc. v. SmithKline Beecham Corp.

**MDL No. 1871 - Schedule CTO-15 Tag-Along Actions (Continued)**

| **DIST. DIV. C.A. #** | **CASE CAPTION** |
|---|---|
| TENNESSEE MIDDLE | |
| TNM 3 08-345 | Pamela Travis, etc. v. SmithKline Beecham Corp. |
| TEXAS WESTERN | |
| TXW 5 08-240 | Herminia S. Orta v. SmithKline Beecham Corp. |
| UTAH | |
| UT 1 08-34 | Edward Maass, et al. v. GlaxoSmithKline, PLC, et al. |

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

## INVOLVED JUDGES LIST (CTO-15)

Hon. Stephen G. Larson
U.S. District Judge
260 George E. Brown, Jr. U.S. Courthouse
3470 Twelfth Street
Riverside, CA 92501-3801

Hon. John F. Walter
U.S. District Judge
176 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. Ronald S.W. Lew
Senior U.S. District Judge
544 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. Edward M. Chen
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. John A. Nordberg
Senior U.S. District Judge
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Frederick J. Kapala
U.S. District Judge
United States District Court
202 Federal Building
211 South Court Street
Rockford, IL 61101

Hon. Robert L. Miller, Jr.
Chief Judge, U.S. District Court
325 Robert A. Grant Federal Bldg.
& U.S. Courthouse
204 South Main Street
South Bend, IN 46601

Hon. Lance M. Africk
U.S. District Judge
C-405 Hale Boggs Federal Building
& U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Kurt D. Engelhardt
U.S. District Judge
C-367 Hale Boggs Federal Building
& U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Marcel Livaudais, Jr.
Senior U.S. District Judge
C-322 Hale Boggs Federal Building
& U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Sarah S. Vance
U.S. District Judge
C-255 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Jerome B. Simandle
U.S. District Judge
United States District Court
Post Office Box 888
Camden, NJ 08101-0888

**MDL No. 1871 - Involved Judges List (CTO-15) (Continued)**

Hon. Lawrence M. McKenna
Senior U.S. District Judge
1640 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. James S. Gwin
U.S. District Judge
18A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Hon. Tim Leonard
Senior U.S. District Judge
4301 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Thomas A. Wiseman, Jr.
Senior U.S. District Judge
777 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3813

Hon. Samuel F. Biery
U.S. District Judge
T 2 John H. Wood, Jr., U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206

Hon. Ted Stewart
U.S. District Judge
United States District Court
148 Frank E. Moss United States Courthouse
350 South Main Street
Salt Lake City, UT 84101