## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50058 | **DATE** | 4/29/2008 |
| **CASE TITLE** | Aldana-Haywood vs. SmithKline Beecham | | |

**DOCKET ENTRY TEXT:**

Pursuant to the Conditional Transfer Order from the United States Judicial Panel on Multidistrict Litigation, this case is transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania.

Docketing to mail notices.

| | Courtroom Deputy Initials: | sw |
|---|---|---|

Case 3:08-cv-50058 Document 13 Filed 04/29/2008 Page 1 of 1

08C50058 Aldana-Haywood vs. SmithKline Beecham Page 1 of 1