

**FILED**

MAY 08 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery 5/3/11

1. Article Addressed to:

USDC, EDPA
601 Market Street
Room 2609
Philadelphia, PA

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from sen   7002 0510 0000 6469 3575

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

08 C 50058