> Inasmuch as no objections are
> pending at this time, the
> stay is lifted.
>
> MAY - 9 2008
>
> CLERK'S OFFICE
> JUDICIAL PANEL ON
> MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 23 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**F I L E D**

MAY 1 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-15)

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1339 (J.P.M.L. 2007). Since that time, 113 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1871

## SCHEDULE CTO-15 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC  2  08-2161 | James Stepp v. SmithKline Beecham Corp. |
| CAC  2  08-2162 | James Osborne v. SmithKline Beecham Corp. |
| **CALIFORNIA EASTERN** | |
| CAE  2  08-718 | George Louie, et al. v. SmithKline Beecham Corp. |
| **CALIFORNIA NORTHERN** | |
| CAN  3  08-1752 | Charles Fowler v. SmithKline Beecham Corp., et al. |
| CAN  3  08-1753 | Leola Meneese, etc. v. SmithKline Beecham Corp., et al. |
| **ILLINOIS NORTHERN** | |
| ILN  1  08-1983 | Dorothy Tuley, etc. v. SmithKline Beecham Corp. |
| → ILN  3  08-50058 | Lorita Aldana-Haywood v. SmithKline Beecham Corp. |
| **INDIANA NORTHERN** | |
| INN  1  08-95 | Larry Richard McCutcheon, et al. v. SmithKiline Beenham Corp. |
| **LOUISIANA EASTERN** | |
| LAE  2  08-1507 | Queenesther B. Riley, et al. v. SmithKline Beecham Corp. |
| LAE  2  08-1508 | Gary Brunies, et al. v. SmithKline Beecham Corp. |
| LAE  2  08-1509 | Myrna Berteau v. SmithKline Beecham Corp. |
| LAE  2  08-1510 | Israel R. Fields, Jr. v. SmithKline Beecham Corp. |
| **NEW JERSEY** | |
| ~~NJ   1   08-1699~~ | ~~Robert Cox, Sr. v. SmithKline Beecham Corp.~~  Opposed 4/28/08 |
| **NEW YORK SOUTHERN** | |
| NYS  1  08-3411 | Wanda Cruz v. SmithKline Beecham Corp., et al. |
| **OHIO NORTHERN** | |
| OHN  1  08-871 | Louise Millhouse, etc. v. SmithKline Beecham Corp. |
| **OKLAHOMA WESTERN** | |
| OKW  5  08-306 | Joyce Hendrickson, etc. v. SmithKline Beecham Corp. |

MDL No. 1871 - Schedule CTO-15 Tag-Along Actions (Continued)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| TENNESSEE MIDDLE | |
| TNM 3 08-345 | Pamela Travis, etc. v. SmithKline Beecham Corp. |
| TEXAS WESTERN | |
| TXW 5 08-240 | Herminia S. Orta v. SmithKline Beecham Corp. |
| UTAH | |
| UT 1 08-34 | Edward Maass, et al. v. GlaxoSmithKline, PLC, et al. |

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

## INVOLVED COUNSEL LIST (CTO-15)

Benjamin H. Anderson
ANDERSON LAW OFFICE LLC
1360 West 9th Street
Suite 200
Cleveland, OH 44113

Bryan R. Aylstock
AYLSTOCK WITKIN KREIS
& OVERHOLTZ PLLC
55 Baybridge Drive
Gulf Breeze, FL 32561

John T. Boundas
WILLIAMS BAILEY LAW FIRM
8441 Gulf Freeway
Suite 600
Houston, TX 77017-5001

Cynthia Brown
HERSH & HERSH
2080 Opera Plaza
601 Van Ness Avenue
San Francisco, CA 94102-6388

Nicholas A. Caputo
GLOOR LAW GROUP LLC
225 West Wacker Drive
Suite 1700
Chicago, IL 60606

Mark P. Chalos
LIEFF CABRASER HEIMANN
& BERNSTEIN LLP
One Nashville Place
150 4th Avenue North
Suite 1650
Nashville, TN 37219-2423

Melissa Anne Chuderewicz
PEPPER HAMILTON LLP
301 Carnegie Center
Suite 400
Princeton, NJ 08543-5276

David M. Cialkowski
ZIMMERMAN REED PLLP
651 Nichollet Avenue
Suite 501
Minneapolis, MN 55402-4123

William P. Connick
CONNICK & CONNICK LLC
2551 Metairie Road
Metairie, LA 70001

Krista L. Cosner
DRINKER BIDDLE & REATH LLP
50 Fremont Street
20th Floor
San Francisco, CA 94105-2235

Robert Thomas Dassow
HOVDE DASSOW & DEETS LLC
Meridian Tower
201 West 103rd Street, Suite 500
Indianapolis, IN 42690

Michele A. DiMartino
MILLER FIRM LLC
555 East City Avenue, Suite 910
Bala Cynwyd, PA 19004

Catherine T. Heacox
LANIER LAW FIRM PLLC
126 East 56th Street
6th Floor
New York, NY 10022

**MDL No. 1871 - Involved Counsel List (CTO-15) (Continued)**

Henry L. Hipkens
BASS BERRY & SIMS PLC
AmSouth Center, Suite 2700
315 Deaderick Street
Nashville, TN 37238-3001

Walter Jones, Jr.
PUGH JONES JOHNSON & QUANDT PC
180 North LaSalle Street
Suite 3400
Chicago, IL 60601-2700

Victoria J. Maniatis
MORELLI RATNER PC
950 Third Avenue
11th Floor
New York, NY 10022

William C. Medley, IV
SILL & MEDLEY PC
725 N.W. Eleventh Street
Oklahoma City, OK 73103

Timothy Misny
MISNY & ASSOCIATES CO LPA
P.O. Box 1356
Willoughby, OH 44096-1356

Eric F. Quandt
PUGH JONES JOHNSON & QUANDT PC
180 North LaSalle Street
Suite 3400
Chicago, IL 60601-2700

G. Erick Rosemond
WILLIAMS KHERKHER HART
BOUNDAS LLP
8441 Gulf Freeway
Suite 600
Houston, TX 70019

John D. Sileo
320 North Carrollton Avenue
Suite 200
New Orleans, LA 70119

James Paul Sizemore
GIRARDI & KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

Stephanie A. Smith
FULBRIGHT & JAWORSKI LLP
600 Congress
Suite 2400
Austin, TX 78701-2011

George T. Waddoups
ROBERT J DEBRY & ASSOCIATES
4252 South 700 East
Salt Lake City, UT 84107

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

## INVOLVED JUDGES LIST (CTO-15)

Hon. Stephen G. Larson
U.S. District Judge
260 George E. Brown, Jr. U.S. Courthouse
3470 Twelfth Street
Riverside, CA 92501-3801

Hon. John F. Walter
U.S. District Judge
176 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. Ronald S.W. Lew
Senior U.S. District Judge
544 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. Edward M. Chen
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. John A. Nordberg
Senior U.S. District Judge
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Frederick J. Kapala
U.S. District Judge
United States District Court
202 Federal Building
211 South Court Street
Rockford, IL 61101

Hon. Robert L. Miller, Jr.
Chief Judge, U.S. District Court
325 Robert A. Grant Federal Bldg.
& U.S. Courthouse
204 South Main Street
South Bend, IN 46601

Hon. Lance M. Africk
U.S. District Judge
C-405 Hale Boggs Federal Building
& U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Kurt D. Engelhardt
U.S. District Judge
C-367 Hale Boggs Federal Building
& U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Marcel Livaudais, Jr.
Senior U.S. District Judge
C-322 Hale Boggs Federal Building
& U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Sarah S. Vance
U.S. District Judge
C-255 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

~~Hon. Jerome B. Simandle~~
~~U.S. District Judge~~
~~United States District Court~~
~~Post Office Box 888~~
~~Camden, NJ 08101-0888~~

**MDL No. 1871 - Involved Judges List (CTO-15) (Continued)**

Hon. Lawrence M. McKenna
Senior U.S. District Judge
1640 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. James S. Gwin
U.S. District Judge
18A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Hon. Tim Leonard
Senior U.S. District Judge
4301 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Thomas A. Wiseman, Jr.
Senior U.S. District Judge
777 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3813

Hon. Samuel F. Biery
U.S. District Judge
T 2 John H. Wood, Jr., U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206

Hon. Ted Stewart
U.S. District Judge
United States District Court
148 Frank E. Moss United States Courthouse
350 South Main Street
Salt Lake City, UT 84101

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                         MDL No. 1871

## INVOLVED CLERKS LIST (CTO-15)

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Michael W. Dobbins, Clerk
211 South Court Street
Federal Bldg., Room 252
Rockford, IL 61101

Stephen R. Ludwig, Clerk
1108 Federal Building
1300 South Harrison Street
Fort Wayne, IN 46802

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

~~William T. Walsh, Clerk~~
~~1050 Mitchell H. Cohen U.S. Courthouse~~
~~400 Cooper Street~~
~~Camden, NJ 08102~~

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

William G. Putnicki, Clerk
G-65 John H. Wood, Jr.
U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206

D. Mark Jones, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Case 3:08-cv-50058   Document 16-2   Filed 05/12/2008   Page 1 of 3

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY - 9 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 5·14·08
ATTEST: Tom Dorsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 23 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 1871

(SEE ATTACHED SCHEDULE)

**RECEIVED**

MAY 1 9 2008

**CONDITIONAL TRANSFER ORDER (CTO-15)**

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1339 (J.P.M.L. 2007). Since that time, 113 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

ATTEST: [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION					MDL No. 1871

### SCHEDULE CTO-15 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC 2 08-2161 | James Stepp v. SmithKline Beecham Corp. |
| CAC 2 08-2162 | James Osborne v. SmithKline Beecham Corp. |
| **CALIFORNIA EASTERN** | |
| CAE 2 08-718 | George Louie, et al. v. SmithKline Beecham Corp. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 08-1752 | Charles Fowler v. SmithKline Beecham Corp., et al. |
| CAN 3 08-1753 | Leola Meneese, etc. v. SmithKline Beecham Corp., et al. |
| **ILLINOIS NORTHERN** | |
| ILN 1 08-1983 | Dorothy Tuley, etc. v. SmithKline Beecham Corp. |
| ILN 3 08-50058 | Lorita Aldana-Haywood v. SmithKline Beecham Corp. |
| **INDIANA NORTHERN** | |
| INN 1 08-95 | Larry Richard McCutcheon, et al. v. SmithKiline Beenham Corp. |
| **LOUISIANA EASTERN** | |
| LAE 2 08-1507 | Queenesther B. Riley, et al. v. SmithKline Beecham Corp. |
| LAE 2 08-1508 | Gary Brunies, et al. v. SmithKline Beecham Corp. |
| LAE 2 08-1509 | Myrna Berteau v. SmithKline Beecham Corp. |
| LAE 2 08-1510 | Israel R. Fields, Jr. v. SmithKline Beecham Corp. |
| **NEW JERSEY** | |
| ~~NJ 1 08-1699~~ | ~~Robert Cox, Sr. v. SmithKline Beecham Corp.~~  Opposed 4/28/08 |
| **NEW YORK SOUTHERN** | |
| NYS 1 08-3411 | Wanda Cruz v. SmithKline Beecham Corp., et al. |
| **OHIO NORTHERN** | |
| OHN 1 08-871 | Louise Millhouse, etc. v. SmithKline Beecham Corp. |
| **OKLAHOMA WESTERN** | |
| OKW 5 08-306 | Joyce Hendrickson, etc. v. SmithKline Beecham Corp. |

**MDL No. 1871 - Schedule CTO-15 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| TENNESSEE MIDDLE | |
| TNM 3 08-345 | Pamela Travis, etc. v. SmithKline Beecham Corp. |
| TEXAS WESTERN | |
| TXW 5 08-240 | Herminia S. Orta v. SmithKline Beecham Corp. |
| UTAH | |
| UT 1 08-34 | Edward Maass, et al. v. GlaxoSmithKline, PLC, et al. |